THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT R. CROWELL, Respondent, *v.* MAURICE E. CONNELLY, as President of the Borough of Queens, of the City of New York, Appellant.

Reported below, 161 App. Div. 745.
(Argued June 1, 1914; decided June 9, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second

39

judicial department, entered April 17, 1914, which sustained a writ of certiorari and reversed the proceedings of the defendant in removing the relator from the position of assistant engineer of the topographical bureau of the borough of Queens.

The motion was made upon the ground of delay in perfecting and prosecuting the appeal.

*Edward M. Grout* for motion.

*Terence Farley* opposed.

Motion denied.